# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **RODERICK PARKER** | **CIVIL ACTION NO. 16-1406-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **MR. NELSON, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous under 28 U.S.C. § 1915(e). The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the Three Strikes List in Tyler, Texas.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 9th day of April 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE